IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAMELA DOWDY and DAVID DOWDY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) CASE NO. 2:03-0070 ) JUDGE KNOWLES ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 23) is hereby GRANTED, the Court finding that there is no genuine issue as to any material fact and that Defendant is entitled to a judgment as a matter of law. Plaintiffs' claims are, therefore, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge